■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS NEAL, Appellant. — Judgment, Supreme Court, Bronx County (Cioffi, J.), rendered on May 16, 1980, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Murphy, P. J., Sullivan, Ross and Bloom, JJ.